1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10   GREGORY ELL SHEHEE,

11              Plaintiff,                        No. 2:09-cv-02881 KJN P

12          vs.

13   STATE OF CALIFORNIA, et al.,

14              Defendants.                       ORDER FOR PAYMENT

15   _____/           OF INMATE FILING FEE

16   To:  Director of the California Department of Corrections and Rehabilitation, 1515 S Street,

17   Sacramento, California 95814:

18              Plaintiff, a state prisoner proceeding pro se and in forma pauperis, is obligated to

19   pay the statutory filing fee of $350.00 for this action.  Plaintiff is assessed an initial partial filing

20   fee of 20 percent of the greater of:  (a) the average monthly deposits to plaintiff's trust account; or

21   (b) the average monthly balance in plaintiff's account for the 6-month period immediately

22   preceding the filing of this action.  28 U.S.C. § 1915(b)(1).  Upon payment of that initial partial

23   filing fee, plaintiff will be obligated to make monthly payments in the amount of twenty percent

24   of the preceding month's income credited to plaintiff's trust account.  The California Department

25   of Corrections and Rehabilitation is required to send to the Clerk of the Court the initial partial

26   filing fee and thereafter payments from plaintiff's prison trust account each time the amount in

                                              1

1   the account exceeds $10.00, until the statutory filing fee of $350.00 is paid in full.  28 U.S.C.

2   § 1915(b)(2).

3             Good cause appearing therefore, IT IS HEREBY ORDERED that:

4             1.  The Director of the California Department of Corrections and Rehabilitation or

5   a designee shall collect from plaintiff's prison trust account an initial partial filing fee in

6   accordance with the provisions of 28 U.S.C. § 1915(b)(1) as set forth in this order and shall

7   forward the amount to the Clerk of the Court.  The payment shall be clearly identified by the

8   name and number assigned to this action.

9             2.  Thereafter, the Director of the California Department of Corrections and

10  Rehabilitation or a designee shall collect from plaintiff's prison trust account monthly payments

11  from plaintiff's prison trust account in an amount equal to twenty percent (20%) of the preceding

12  month's income credited to the prisoner's trust account and forward payments to the Clerk of the

13  Court each time the amount in the account exceeds $10.00 in accordance with 28 U.S.C.

14  § 1915(b)(2), until the $350.00 filing fee for this action has been paid in full.  The payments shall

15  be clearly identified by the name and number assigned to this action.

16            3.  The Clerk of the Court is directed to serve a copy of this order and a copy of

17  plaintiff's signed in forma pauperis affidavit on Director, California Department of Corrections

18  and Rehabilitation, 1515 S Street, Sacramento, California 95814.

19            4.  The Clerk of the Court is directed to serve a copy of this order on the Financial

20  Department of the court.

21  DATED:  November 22, 2010

22

23  _____

24  KENDALL J. NEWMAN
    UNITED STATES MAGISTRATE JUDGE

25  sheh2881.cdc.kjn

26

2