IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GREGORY ELL SHEHEE,

    Plaintiff,                   No. 2:09-cv-2881 KJN P

    vs.

STATE OF CALIFORNIA, et al.,

    Defendants.             ORDER

_____/

        Plaintiff is a state prisoner proceeding without counsel who has consented to proceed before the undersigned for all purposes. See 28 U.S.C. § 636(c). By order filed January 18, 2011, plaintiff's complaint was dismissed for failure to comply with the pleading requirements of Federal Rule of Civil Procedure 8, and plaintiff was granted leave to file an amended complaint within thirty days. Plaintiff was informed that failure to file an amended complaint would result in the dismissal of this action. (Dkt. No. 14 at 5.) The thirty-day period has now expired, and plaintiff has not filed an amended complaint or otherwise responded to the court's order.

////

////

////

1

1       Accordingly, IT IS HEREBY ORDERED that this action is dismissed without
2 prejudice. <u>See</u> Local Rule 110; Fed. R. Civ. P. 41(b).
3 DATED: April 15, 2011

                                    KENDALL J. NEWMAN
                                    UNITED STATES MAGISTRATE JUDGE

8 sheh2881.fta